UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 16-15987 |
| ) | | |
| JOY A. NIEWIEDZIAL, ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER ON DEBTOR'S MOTION TO MODIFY PLAN**

THIS MATTER coming to be heard on the motion of the Debtor,

It is hereby ORDERED that the motion is granted as follows:

1. The percentage being paid to general unsecured creditors is lowered from 29.17% to 10.00%.

2. The debtor's monthly plan payments will remain $240.00.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 08, 2020

**Prepared by:**

Jeffrey A. Soufal, ARDC #6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100