**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| JOY A. NIEWIEDZIAL, | ) | Case No. 16-15987 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

## NOTICE OF MOTION

*The following persons or entities who have been served via electronic mail*:
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
M. O. Marshall, Chapter 13 Trustee: ecf@55chapter13.com

*The following persons or entities who have been served via U.S. Mail*:
See attached list.

PLEASE TAKE NOTICE that on March 16, 2021 at 9:30 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in her place, and present the Debtor's Motion to Modify Chapter 13 Plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

  I, Jeffrey A. Soufal, certify that I served a copy of this revised notice on each entity shown above and on the attached list at the address shown and by the method indicated on the list on February 19, 2021 before 5:00 p.m.

                 /s/ Jeffrey A. Soufal
                 Jeffrey A. Soufal, ARDC #6227155
                 Attorney for the Debtor

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

Joy A. Niewiedzial
2310 116th Ave
Allegan, MI 49010-9009

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Consumers Credit Union
PO Box 525
Oshtemo, MI 49077

First Financial Credit Union
5550 W Touhy Ave, Ste 102
Skokie, IL 60077

Sterling Jewelers, Inc. dba Kay Jewelers
c/o Buckley King LPA
600 Superior Ave East, Ste 1400
Cleveland, Ohio 44114

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Wells Fargo Financial Illinois, Inc.
c/o Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
3476 Stateview Blvd, MAC# D3347-014
Fort Mill SC 29715

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Midland Funding, LLC
PO Box 2011
Warren, MI 48090

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

TD Bank USA, N.A.
c/o Weinstein & Riley, PS
2001 Western Ave, Ste 400
Seattle, WA 98121

Portfolio Recovery Associates, LLC
Successor to CITIBANK, N.A.
(THE HOME DEPOT)
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to CITIBANK, N.A. (BEST BUY)
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to BARCLAYS BANK
DELAWARE
(CARNIVAL)
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to BARCLAYS BANK
DELAWARE
(JUNIPER)
PO Box 41067
Norfolk, VA 23541

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| JOY A. NIEWIEDZIAL, | ) | Case No. 16-15987 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

**MOTION TO MODIFY CHAPTER 13 PLAN**

NOW COMES the debtor, JOY A. NIEWIEDZIAL, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On May 11, 2016, the debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on August 2, 2016. Tom Vaughn was appointed Trustee in this case.

3) On September 4, 2020, the debtor filed a Motion to Modify Chapter 13 Plan in this case. That motion sought to modify the debtor's plan pursuant to 11 U.S.C. §1329 to 1) defer the existing plan payment default to the end of the plan, and 2) reduce the debtor's monthly plan payments to $240.00 for the duration of this case.

4) The basis for lowering the debtor's plan payments to $240.00 per month was that while her plan is set up to pay general unsecured creditors "not less than 10% of their allowed amount," they were actually being paid 29.17% per the Trustee's website. By changing that percentage to 10%, the debtor could pay $240.00 per month and finish her plan on time while paying no more than 10% to her general unsecured creditors.

5) The motion was granted on September 29, 2020, but the debtor's plan then became infeasible. Counsel for the debtor believed the reason for this was that the proposed order accompanying the motion failed to include language changing the percentage

being paid to general unsecured creditors. As a result, the court order that was entered lowered the debtor's monthly plan payments to $240 but did not change the percentage being paid to general unsecured creditors.

6) On November 17, 2020, a second Motion to Modify Chapter 13 Plan was filed to correct this situation. The court order entered on December 9, 2020 included language lowering the percentage being paid to general unsecured creditors from 29.17% to 10.00%.

7) This did not correct the problem of infeasibility. Neither of the court orders that were entered changed the plan base. As a result, the debtor's plan remains infeasible. While the debtor is caught up with her plan payments at her lower rate, general unsecured creditors are still being paid well above 10% (specifically, 29.26%).

8) As a result, the trustee has filed another Motion to Dismiss for Term of Plan. This motion is filed to correct that problem.

9) The debtor proposes to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329 to lower the plan base from $24,174.00 to $14,124.00 effective immediately.

10) The debtor makes this proposal in good faith and with the intention of successfully completing her Chapter 13 plan.

11) Moreover, decreasing the plan base as above will not cause the Debtor's confirmed Chapter 13 plan to run longer than 60 months and will pay general unsecured creditors no less than 10% of their allowed claims.

WHEREFORE, the Debtor, JOY A. NIEWIEDZIAL, prays that this Honorable Court enter an Order modifying her Chapter 13 plan as set forth above, and for such other and further relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Jeffrey A. Soufal
Jeffrey A. Soufal, ARDC #6227155
Attorney for the Debtor

DAVID M. SIEGEL & ASSOCIATES
Attorney for the Debtor
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100